WOLLMUTH MAHER & DEUTSCH LLP
Frederick R. Kessler (FK-8168)
One Gateway Center, 9th Floor
Newark, New Jersey 07102
Telephone:  (973) 733-9200
fkessler@wmd-law.com

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
Daniel L. Brockett (*pro hac vice*
   application forthcoming)
Jeremy D. Andersen (*pro hac vice*
   application forthcoming)
Thomas J. Lepri (*pro hac vice*
   application forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
danbrockett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
thomaslepri@quinnemanuel.com

*Attorneys for Applicant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Application of CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | Civil Action No. |

**EX PARTE APPLICATION FOR AN ORDER PURSUANT
TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN
<u>DISCOVERY FOR USE IN A FOREIGN PROCEEDING</u>**

Applicant California State Teachers' Retirement System ("CalSTRS" or "Applicant"),
100 Waterfront Place, West Sacramento, CA 95605, based upon the concurrently filed
memorandum of law and supporting declaration, and pursuant to 28 U.S.C. § 1782, respectfully
applies to this Court for an order authorizing it to serve a subpoena in the form of Exhibit A (the
"Subpoena") for the production of documents by Volkswagen Group of America, Inc.
("VWoA," or "Respondent"), 300 Tice Boulevard # 10, Woodcliff Lake, NJ 07677.  The
Subpoena directs VWoA to produce documents for use in a foreign proceeding in Germany
against Volkswagen AG, based on Volkswagen AG's failure to inform the market about its
practice of installing and using "defeat device" software in millions of diesel vehicles it
manufactured and sold in the U.S. and other world car markets.

This application meets the requirements of Section 1782.  Applicant is an interested party
in the German proceeding and seeks discovery for use in that proceeding.  VWoA, which is
incorporated in the State of New Jersey, can be found in this district.  VWoA is not a participant
in the German proceeding.  Applicant is not using this application to circumvent the
requirements of any foreign tribunal, and there is no indication that the German court will not be
receptive to the discovery.  Finally, the discovery sought is highly relevant to the contemplated
proceeding and is neither unduly burdensome nor intrusive.  *See Intel Corp. v. Advanced Micro
Devices, Inc*., 542 U.S. 241, 262-65 (2004).

Section 1782 applications are commonly received and granted *ex parte*, with any
privilege issues raised and resolved through a motion to quash made after a subpoena has been
authorized and issued.  *See In re Owl Shipping, LLC*, 2014 WL 5320192, at *1 & n.1 (D.N.J. Oct.
17, 2014) (granting *ex parte* application for discovery pursuant to Section 1782); *In re Ex Parte
Application of Societe d'Etude de Realisation et d'Exploitation Pour le Traitement du Mais*,

2013 WL 6164435, at *2 n.1 (E.D. Pa. Nov. 22, 2013) ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*."); *In re Mesa Power Grp. LLC*, 2012 WL 6060941, at *4 (D.N.J. Nov. 20, 2012) ("[I]t is 'appropriate for this Court to issue the order on an *ex parte* basis, without prejudice to the rights of the subpoenaed parties to file a motion to vacate or quash' within thirty days of the issuance of this order."); *accord* L. Civ. R. 27.1(a) (expressly permitting *ex parte* application for order to depose witness who may be found in district for use in judicial proceeding pending in foreign country).

WHEREFORE, Applicant respectfully requests that this Court enter an Order:

1.      Approving Applicant's application for discovery; and

2.      Granting issuance of the Subpoena as it appears herein; and

3.      Directing VWoA to produce the documents in its possession, custody, or control, as requested in Schedule A of the Subpoena, by no later than _____.


Dated:  July 13, 2016
        Newark, New Jersey

Respectfully submitted,


/s/ Frederick R. Kessler
WOLLMUTH MAHER & DEUTSCH LLP
Frederick R. Kessler (FK-8168)
One Gateway Center, 9th Floor
Newark, New Jersey 07102
(973) 733-9200

2

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
Daniel L. Brockett (*pro hac vice*
  application forthcoming)
Jeremy D. Andersen (*pro hac vice*
  application forthcoming)
Thomas J. Lepri (*pro hac vice*
  application forthcoming)
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
danbrockett@quinnemanuel.com
jeremyandersen@quinnemanuel.com
thomaslepri@quinnemanuel.com

*Attorneys for Applicant*