UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM
v.
VOLKSWAGEN GROUP OF AMERICA, INC. Civil No 16-4251SRC

ADMINISTATIVE TERMINATION ORDER

In light of the letter submitted, dated March, 10, 2020, d.e. 76;

It is on this 11th day of March, 2020,

O R D E R E D that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings.

s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge